

ATTORNEYS AT LAW

A PROFESSIONAL ASSOCIATION
BELL ATLANTIC TOWER
1717 ARCH STREET, SUITE 4600
PHILADELPHIA, PENNSYLVANIA
19103-2713
PHONE: 215.568.4104
FAX: 215.568.4105
www.fblaw.com

**MEMO ENDORSED**

Daniel P. Rush
Writer's Direct Dial: 215.399.5773
drush@fblaw.com

(Admitted in Pennsylvania and New Jersey)

April 16, 2007

*Adjourned to 5/2/07 @ 1:45 P.M.*

**SO ORDERED:**
Date: 4/18/07
Richard M. Berman
Richard M. Berman, U.S.D.J.

**VIA REGULAR MAIL**

The Honorable Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Attn:  Emilee Gayle Drobbin

   Re:   Zurich American Insurance Company v. R & Q Reinsurance Company
         f/k/a ACE American Reinsurance Company
         Case No. 05 Civ. 9170 (RMB)(JCF)

Dear Ms. Drobbin:

   We represent defendant R&Q Reinsurance Company f/k/a ACE American Reinsurance Company ("R & Q Re") in the above-referenced matter. We are in receipt of your letter dated April 13, 2007 advising that the status conference originally scheduled for April 18, 2007 has been rescheduled to April 24, 2007. Because I will be in Baltimore on April 24, 2007 for a previously scheduled firm Executive Committee meeting, I would like to request an adjournment of the April 24, 2007 status conference. I have contacted counsel for Zurich American Insurance Company ("Zurich"), and they have graciously agreed to adjournment of the conference. Please be advised that counsel for both parties are available on the following dates: April 23, May 2, May 3, and May 4. Please advise whether the status conference can be rescheduled to one of those dates.

   Thank you for your courtesy and cooperation. If you have any questions or need additional information from counsel, please do not hesitate to contact us.

MARYLAND ♦ DELAWARE ♦ PENNSYLVANIA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/07

The Honorable Richard M. Berman
April 16, 2007
Page -2-

---

    Thank you.

                                         Respectfully submitted,
                                         **Funk & Bolton, P.A.**

                                         **By:** Daryn E. Rush

DER:sb

cc: Ryan C. Craig, Esquire, via email
    Joy L. Langford, via email
    James C. LaForge, Esquire, via email
    Charles T. Locke, Esquire, via email

25000.011 104356